# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :      Chapter 13
   Andrea M. Camarote         :      Case No 24-13536-amc
Debtor                                    :
                                          :

## O R D E R

AND NOW, this  1st  day of  November , 2024, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before November 12, 2024. **No further extensions will be granted.**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE