UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Andrea M. Camarote<br>　　　　　　Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust<br>v.<br><br>Andrea M. Camarote<br>Scott F. Waterman<br>　　　　　Respondents | CASE NO.: 24-13536-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: 1/29/2025 at 10:00 AM<br><br>Objection Deadline: |

## **OBJECTION TO CONFIRMATION OF PLAN**

**PLEASE TAKE NOTICE** that SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 3128 Chatham St, Philadelphia, PA 19134, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan on November 13, 2024.

2. Secured Creditor does not necessarily object to the Debtor`s proposed sale of the property as the proposed plan indicates, rather Secured Creditor objects to confirmation unless a consent order is entered giving stay relief should the property not be sold within an appropriate time frame that the Secured Creditor agrees to. Furthermore, Debtor`s proposed plan fails to provide any supporting information or documentation regarding the sale, retaining a broker, listing agreement, etc. If there is no equity in the property, Secured Creditor requests that regular, monthly mortgage payments be made pending the sale, and that Secured Creditor must be able to review all short sale offers. If there is in fact equity in the property, Secured Creditor objects to any order unless the loan is paid in full based off a payoff provided at closing.  The minimum sales amount as stated in the proposed Plan is insufficient to provide for Creditor's total debt in the amount of approximately $236,241.06, as set forth in Claim 1-1 filed on October 25, 2024.

  In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: November 18, 2024

                By: /s/ Lauren M. Moyer
                Lauren M. Moyer, Esq.
                **FRIEDMAN VARTOLO LLP**
                Attorneys for SN Servicing Corporation as servicer
                for U.S. Bank Trust National Association, as
                Trustee of the FW Series I Trust
                1325 Franklin Avenue, Suite 160
                Garden City, NY 11530
                T: (212) 471-5100
                F: (212) 471-5150
                Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Andrea M. Camarote<br>                        Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust<br>v.<br><br>Andrea M. Camarote<br>Scott F. Waterman<br>                        Respondents | CASE NO.: 24-13536-amc<br><br>CHAPTER 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: 1/29/2025 at 10:00 AM<br><br>Objection Deadline: |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF PLAN**

I certify under penalty of perjury that I caused to be served the above-captioned pleading on the parties at the addresses specified below or on the attached list on November 18, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail are listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 18, 2024

By: /s/  Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Andrea M. Camarote
3128 Chatham Street
Philadelphia, PA 19134
***Bankruptcy Debtor***

**Service by NEF**

Brad J. Sadek, Esq.
1500 JFK Boulevard,
Ste 220
Philadelphia, PA 19102
***Attorney***

Scott F. Waterman
2901 St. Lawrence Avenue,
Suite 100
Reading, PA 19606
***Bankruptcy Trustee***

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
***United States Trustee***