UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| Andrea M. Camarote | : Chapter 13 |
| | : |
| Debtor | : Bankruptcy No. 24-13536 AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and Notice of Motion, Response Deadline and Hearing Date pursuant to Local Bankruptcy Rule 9014-3 have been served this 16th day of December, 2024 by first class mail upon those listed below:

Andrea M. Camarote
3128 Chatham Street
Philadelphia, PA 19134

**Electronically via ECF/System ONLY**:

Brad J. Sadek, Esquire
(Debtor's Attorney)

Office of the United States Trustee

 

*/s/Kristen Gliem*
Kristen Gliem
Paralegal for
Ann E. Swartz, Esq.