UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
   Andrea M. Camarote                  : Chapter 13
                                                    :
       Debtor     : Bankruptcy No.  24-13536 AMC

ORDER

AND NOW, upon consideration of the Motion of the Standing Chapter 13 Trustee to Convert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and after notice and hearing, this case is hereby Converted to Chapter 7.

BY THE COURT

_____
Ashely M. Chan, Chief Bankruptcy Judge