UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    Andrea M. Camarote                       : Chapter 13
                                                    :
                Debtor                    : Bankruptcy No.  24-13536 AMC

ORDER

AND NOW, upon consideration of the Motion of the Standing Chapter 13 Trustee to Convert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and after notice and hearing, this case is hereby Converted to Chapter 7.

BY THE COURT

**Date: January 16, 2025**

_____
Ashely M. Chan, Chief Bankruptcy Judge